# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A PRO SE PRISONER
UNDER 42 U.S.C § 1983 OR
UNDER BIVENS v. SIX UNKNOWN FED. NARCOTICS AGENTS

UNITED STATES DISTRICT COURT OF
COLORADO TENTH CIRCUIT

Darius Carlton Hill

_____
(Full Name of Plaintiff in this action)
V.

Chief Robert Reardon of

Jefferson County Sheriffs Office

AND the following Parties not limited to

Deputy Ullrich, Deputy Sensen,

Sergeant Fullen Wider, Sergeant Junkala

(Full Name of Defendat(s) in this action)

CIVIL ACTION NO. _____

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(CHECK ONLY ONE)

I    PARTIES

(A) PLAINTIFF(S) PLACE THE FULL NAME OF THE PLAINTIFF IN THE BLANK BELOW HIS/HER Place of Confinement Address and Status. Repeat for each additional Plaintiff if any

(1) NAME OF PLAINTIFF Darius C Hill
PLACE OF CONFINEMENT: 490 W Colfax Den, CO 80201 • Denver Detention Center
ADDRESS PO box 1108 Den CO 80201

STATUS OF PLAINTIFF  CONVICTED(__) PRETRIAL DETAINEE(X)
(B) NAME OF Plaintiff _____
Place of Confinement _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Robert Reardon_ is employed as _CHEIF of Prisons_ at _Jefferson County Sheriffs office. Detention Center_

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant _SGT. FULEN ~~LIDER~~ LIDER_ is employed as _Sergeant_ at _Jefferson County Sheriffs office. Detention Center_

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant _Deputy Jensen (Refused First Name)_ is employed as _Deputy_ at _Jefferson County Sheriffs office. Detention Center_

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant _Deputy ULLRICH (Refused First Name)_ is employed as _Deputy_ at _Jefferson County Sheriffs office. Detention Center_

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

2

(5) Defendant ___Junkala (Refused FirstName)___ is employed as ___Deputy/Sergeant___ at ___Jefferson County Detention center Sheriff's office___

The Defendant is being sued in his/her (✗) individual and/or (✗) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✗)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ___N/A___

Defendant(s): ___N/A___

Court (if federal court, name the district. If state court, name the county):

___N/A___

Docket number: ___N/A___

Name of judge to whom the case was assigned: ___N/A___

Type of case (for example, habeas corpus or civil rights action): ___N/A___

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

Approximate date of filing lawsuit: ___N/A___

Approximate date of disposition: ___N/A___

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Claim #1 on 10/9/2017 Darius C Hill an inmate at Jefferson County Sheriffs office Detention center was placed in medium maximum from minimum security as a punishment imposed by an officer Jensen for a rule violation that Mr Hill was and still is unaware of. During this placement officer Jensen slammed a metal door on Mr Hill's hand and face while saying "you people need to learn not to talk with your hip hop hands" after the incident Mr Hill filled out many detainee request forms asking why the incident even took place. The response was that Mr Hill didn't follow instructions the other was that if the incident wasn't written in computer that it didn't happen. The Plaintiff finds that this malicious action violated Mr Hills fourteenth amendment right also under the due process clause and/or his eighth amendment right and/or Mr Hills equal right to protection as well as equal protection rights. Enclosed is documentation of incident even though said incident is not in Mr Hill's computer file. Plaintiff seeks $100,000 US dollars for violation of said rights in this claim. Other claims will have relief attached to each claim as well. All for damages and punitive damages. Also 100,000$ US dollars is sought from officer Jensen individually as well. continued

(PAGE PREVIOUS STARTS CLAIM #1 WHICH IS ON BACK OF PAGE #3)

### III. STATEMENT OF CLAIM(S) continued

CLAIM #1 continued: MR. HILL SEEKS DAMAGES BECAUSE OF THE RACIAL SLURS OFFICER JENSEN MADE WHEN HE REFERRED TO MR. HILL AS "YOU PEOPLE" AND CALLED HIS HANDS "HIP HOP HANDS". MR HILL HAS THE RIGHT TO BE FREE FROM DISCRIMINATION AND UNEQUAL TREATMENT AND AT THE VERY LEAST BE FREE FROM ASSAULT WHEATHER VERBAL OR PHYSICAL FROM OFFICERS. THE FACT THAT MR HILL WAS PUNISHED VIA RECLASIFICATION WITHOUT BEING CHARGED WITH EVEN A RULE VIOLATION IS DISCRIMINITORY IN NATURE AS ABA STADARDS 23.41 CLEARLY STAND AGAINST PUNISHMENT FOR DISCRIMINITORY VAGUE RULES THAT ARE NOT WRITTEN. THEREFORE THE PLAINTIFF FINDS THIS CLAIM VALID AND HAS ENCLOSED WRITTEN DOCUMENTATION DISPLAYING THAT THIS INCIDENT TOOK PLACE ALL DOCUMENTARY EVIDENCE PERTAINING TO THIS CLAIM WILL BE MARKED #1 IN THE TOP RIGHT CORNER OF SAID DOC. (GREIVANCES DENIED ETC)

CLAIM #2: VIOLATION OF DARIUS C. HILL'S FOURTEENTH AMENDMENT RIGHT UNDER DUE PROCESS CLAUSE AND/OR VIOLATION OF MR HILL'S EIGTH AMENDMENT RIGHT AND/OR VIOLATION OF MR HILL'S EQUAL PROTECTION RIGHTS AS WELL FOR THE FOLLOWING REASONS: ON 01/22/2018 DARIUS C. HILL WAS REMOVED TO A HIGHER LEVEL CUSTODY AS IN BEING REMOVED FROM LOWER CUSTODY A WAS PLACED IN A HIGHER LEVEL CUSTODY FOR AN

CONTINUED PG 4.2

PG 4.1

CLAIM #2 continued

### III. STATEMENT OF CLAIM(S) continued

ARGUMENT THAT MR. HILL WAS NOT THE AGGRESSOR IN. IN FACT AFTER BEING CALLED A "MUSLIM NIGGER DOG" BY AN INMATE NAMED MASCARENAS, OFFICER/DEPUTY ULLRICH LAUGHED OUTLOUD AND TOLD INMATE MASCARENAS TO GO TO BED AND THEN TOLD MR HILL TO STEP INTO THE HALLWAY. UPON STEPPING INTO THE HALLWAY OFFICER ULLRICH TOLD MR. HILL THAT HE WAS MOVING MR HILL TO A HIGHER CUSTODY LEVEL BECAUSE I WAS MR. HILLS FAULT FOR BEING MUSLIM THAT THE ARGUMENT HAPPENED. EARLIER THAT MONTH IN THE SAME UNIT ON 01/03/2018 OFFICER LUKSCH OF JEFFERSON COUNTY SHERIFF'S OFFICE TOLD MR HILL THAT HE WAS FROM BUFFALO NY AND THAT HIM "BEING A MUSLIM IS A PROBLEM FOR ALL TRUE AMERICANS." "EVEN THE INMATES" MR HILL REPORTED THIS TO COUNSELOR CHRISTINE AND SHE DOCUMENTED THIS IN MR HILLS FILE AS HE WAS SCARED TO TALK TO OFFICERS. MR HILL WAS AGAIN NEVER SANCTIONED NOR CHARGED WITH ANY RULE VIOLATION IN REGUARDS TO THIS INCIDENT NOR WAS INMATE MASCARENAS REMANDED AT ALL YET MR HILL WAS PLACED IN A HIGHER CUSTODY LEVEL AND WORSE LIVING SITUATION WITH LESS FREEDOM FOR WHAT SEEMS TO BE BECAUSE OF HIS RELIGIOUS PREFERENCE. THE PLAINTIFF FINDS THESE AGGRIEVED ACTS TO BE AD HOC RACISM AND A VIOLATION OF HIS FIRST AMENDMENT AND/OR MR HILLS FOURTEENTH AMENDMENT RIGTS UNDER DUE PROCESS AND/OR HIS EIGTH AMENDMENT RIGHT AS WELL.

@ 4.2          CONTINUED 4.3

CLAIM #2 CONTINUED

## III. STATEMENT OF CLAIM(S) continued

MR. HILL FINDS THAT HIS FIRST AMENDMENT RIGHT TO FREE EXERCISE RELIGION AND ALSO HIS RIGHT TO DUE PROCESS, HIS RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BECAUSE OF RACE OR RELIGION, OR COLOUR, UNDER EIGTH AMENDMENT AND ALSO HIS RIGHT TO EQUAL PROTECTION WERE ALL VIOLATED RATHER INDIVIDUALLY SINGULARLY and/or COLLECTIVELY. THE PLAINTIFF DARIUS C HILL SEEKS 100,000# U.S DOLLARS FROM DEPUTY ULLRICH INDIVIDUALLY IN CAPACITY and 100,000# U.S DOLLARS FROM DEPUTY ULLRICH OF JEFFERSON COUNTY SHERIFFS OFFICE OFFICIALLY AS HE IS BRINGING SUIT/OR CLAIM AGAINST DEPUTY ULLRICH IN BOTH INDIVIDUAL AND OFFICIAL CAPACITIES. MR. DARIUS C HILL IS ALSO SEEKING FROM DEPUTY LUKSCH 100,000# U.S DOLLARS FOR VIOLATIONS LISTED ABOVE as well. DEPUTY LUKSCH HAS BEEN ILLUMINATED IN THE ABOVE CLAIM AND MR. HILL SEEKS 100,000# U.S DOLLARS FROM DEPUTY LUKSCH BOTH INDIVIDUALLY AND OFFICIALLY AS MR HILL BRINGS CLAIM AGAINST DEPUTY LUKSCH DEPUTY SHERIFF OF JEFFERSON COUNTY SHERIFF'S OFFICE IN INDIVIDUAL and official CAPACITIES ALL DOCUMENTS IN SUPPORT OF THESE INCIDENTS ENCLOSED ARE MARKED #2 IN THE TOP RIGHT HAND CORNER, AND MR HILL REQUESTS THAT ALL DOCUMENTATION IN JSCO COMPUTER BE REQUESTED BY COURTS AS THEY WERE REFUSED TO HIM. IE COUNSELOR CHRISTINES Report, (DENIED GRIEVANCES INCLUDED)

P.4.3

CLAIM #3

## III. STATEMENT OF CLAIM(S) continued

CLAIM #3: SINCE the day of ARrival to Jefferson County SHERIFF'S DARIUS C HILL #0111240, HAS Been complaining about Extreme Tooth PAIN and A Rotten Wisdom Tooth (infected) THE medical/Dental STAFF HAVE To DATE NOT ADDRESSED MR Hills Tooth and HAVE only Passified HIS PAIN WITH Medications ETC. MR Hill Has Asked For Help AN Multiple occasions via written Request But was Denied Authorization From Authorities To Greive the situation via Grievance. THE Dentist told MR Hill on Two Different occasions that He could Not Remove the tooth And that MR Hill Needed to Wait until he left JSCO INSPITE of Pain and infection and suffering. THE Plaintiff Finds this to Be obvious deliberate INDIFFERENCE and a clear violation of MR Hills Fourteenth amendment rights under Due Process and/or violation of his eighth Amendment rights as well. Because THE medical staff/Dental staff is unknown to MR-Hill THE Plaintiff Finds that Robert reardon who is chief of JSCO is responsible For All claims in this suit as He is in charge AND THE Plaintiff SEEKS 100,000# U.S Dollars from Robert REARDON chief of Jefferson County SheriFF's office individually in capacity and 100,000# US Dollars is sought From Robert Reardon IN official capacity As well For ANY and all damages in this entire law suit For all claims in addition to all other damages sought

§ 4.4 Continued in 4.5

Claim #3 continued

### III. STATEMENT OF CLAIM(S) continued

Claim #3 continued: THE Plaintiff also seeks 200,000 Dollars us from Jefferson County Sherriff's Department as a Whole for the Plethora of violations stated in the entirety of this suit. (START of claim #4) - Claim #4) VIOLATION OF THE PLAINTIFF DARTUS C HILL's FOURTEENTH Amendment RIGTS UNDER DUE PROCESS AND/OR EIGHTH Amendment Rights violation and/or NINTH Amendment RIGHTS Violation as well for the Following Reasons: MR. DARIUS C HILL ON Multiple occasions 12/08/2017 - 11/05/2017 - 11/27/2017 and multiple other days! Has Written Kites (Request Forms) and Grievances about THE Fact THAT MR Hill's Legal Mail is Being delivered to Him open and missing Documents every time He receives IT most Namely Pages from His Discovery MISSING etc. Mr Hill Maintains THAT Due To the Fact THAT THERE is No MAILING System for Legal Mail. THAT Deputies ARE FREE To Do With Whatever they want to Legal mail. I.E Disburse it opened Not in the Presence of inmates sometimes not Giving it to the inmate until weeks late all of which Has Happened To MR Hill. MR Hill Finds THAT It Has been terribly Hard to defend Himself legally or to Even consider Going Pro SE Without all of information Sent to Him via Public Defenders office or To even understand in totality WHAT His charges Totally intel. There for in some ways coercing Him to Plea. OUT.

Continued on Page 5.

@ 4.5

## III. STATEMENT OF CLAIM(S) continued

MR. Hill Finds that the Damages done are from the deliberate indifference and negligence and disregard for average work of Jefferson County Sheriff's office and their mail room irreversable and seeks 100,000$ from SGT Junkala individually and 100,000 US Dollars from SGT Junkala in official capacity as well for claims stated and violations stated in claims. Fourteenth Amendment due process and Eighth and Ninth Amendments as well.

MR Hill seeks 1.4 million Dollars the total as it is the maximum penalty for each claim brought and asks that the case decided the value of each claim upon merritt. All included documetation will have the HOR number of each claim it is attached to in the top right hand corner as proof that MR Hill has exausted all remedies for each claim. You will also see I most cases Grievances were denied him which is a violation of his First Amendment Right as well. For this MR Hill seeks 100,000$ U.S from JSCO and responsible party as well.

Additionally MR Derrius Hill has suffered and is still suffering behind the violation of Rights, the clear Deliberate indifference and negligence of Chief Robert Redrowski JSCO and it's staff and Deputies

Where fore the Plantiff Emplores the Court accept this suit and all of it's claims under U.S.C 1983 In Colorado

Respectfully Submitted
Derrius C Hill   5)

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ 250,000 # U.S Dollars PER CLAIM

_____ grant injunctive relief by _____

__X__ award punitive damages in the amount of $ 200,000.# U.S Dollars PER CLAIM

_____ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, 20___.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on  02/01/2018 .

_____
(Signature)

6