*Claim #2*

**JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION**
**INMATE/DETAINEE REQUEST FORM**                                    ☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ☐ Inmate Services        ☐ Watch Supervisor        ☐ Jail Counselor

☐ Chaplain    ☐ Public Defender        ☑ Other _Collins / Clark_
                                                        (EXPLAIN)

I/D Name (Please Print) _DARIUS C Hill_          I/D Signature _____

Module _7A_  Cell _22_  JCID _0112401_  Booking# _____  Date/Time _01/23/2018_

REASON: _I was mard from millium custody to medium custody for cw arcumint that I wasn't the agrecsor w and no wirtiecps were Chica Nor sanctions I cwi the only wustia and the reason I ekn sent up and not the other inmate is because I'm Black the other inmate was not revuued atall changing my custoy without a rule violation itnp 11 citing 1785 Today._

Received by (Module Staff) ___#2458___                Date/Time _01/23/2018 2116_

DISPOSITION  By Staff Member _____  Date/Time _____

Acknowledged Inmate/Detainee _____

Claim #2

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

❑ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ❑ Inmate Services   ☒ Watch Supervisor   ❑ Jail Counselor _____
❑ Chaplain   ❑ Public Defender   ☒ Other _Sgt Williams_
(EXPLAIN)

I/D Name (Please Print) _Darius L_____   I/D Signature _____

Module _7A_   Cell _22_   JCID _01/240f_   Booking# _____   Date/Time _01/23/2018_

REASON: _I need a copy of Report that got me sent_ ⊗⊗ _upstairs to medium from minimum_ ⊗ _ABA standard 2.3.11 Prohibits Punishment for care rubs and because I Am not being charged with a rule violation Punishing me By chaving my classification for without a write up is violation of Due Process and equal Protection_ ⊗⊗⊗⊗⊗

Received by (Module Staff) _____   Date/Time _01/24/18 / D 630h_

DISPOSITION   By Staff Member _____   Date/Time _____

_____

_____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICE ___ IVISION

❑ File

### INMATE/DETAINEE REQUEST FORM

Indicate below whom you wish to contact, and briefly state the reason:

Claim #7

**CHECK ONE BOX ONLY:**   ❑ Inmate Services   ☒ Watch Supervisor   ❑ Jail Counselor _____

❑ Chaplain   ❑ Public Defender   ❑ Other _____
(EXPLAIN)

I/D Name (Please Print) _____ DARIUS HILL   I/D Signature  01112400

Module  7A   Cell  7   JCID _____   Bookirg# _____   Date/Time  10/30' 2017

REASON:  I wod Like To know why I have been moved to 7A and for a t disciplinary reason an I being held here . I would al _____ to know why the fact that deputy Jensen is Sa admitted me of no concern + Anyone the date of assault that 10-29 2017 at Approximately 7pm, on or around. ████████

Received by (Module Staff ███████   Date/Time _____

---

DISPOSITION   By Staff Member  Le 2446 _____   Date/Time _____

_____

_____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

*Claim #1*

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**  ☐ Inmate Services   ☐ Watch Supervisor   ☐ Jail Counselor _____

☐ Chaplain   ☐ Public Defender   ☐ Other *Classifications supervisor*
(EXPLAIN)  *COLLINS*

I/D Name (Please Print) *DARIUS C HILL JR*   I/D Signature _____

Module *7A*   Cell *4S*   JCID *0112401*   Booking# _____   Date/Time _____

REASON: On 11/29/2017 I was removed from 5B and Placed IN 7A for a Miriad of False allerations. Upon Review by deputy Felde she Realizes that there is no way I could Be guilty of this Plethra of allerations I AM deemed not guilty (Rightfully) and no disiplinary Board its brought yet by Placin me in 7A from 5B for disciplinary Allerations utrue, its in essence discipline for no reason, unless Cerm black is a rule violation I would ask to be restored to the same state of Being before false Allerations

Received by (Module Staff) *CN2155*   Date/Time 11/3/17

took Place. Respectfully DARIUS HILL

DISPOSITION   By Staff Member _____   Date/Time _____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

Claim # 2.7

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ☐ Inmate Services   ☐ Watch Supervisor   ☐ Jail Counselor

☐ Chaplain   ☐ Public Defender   ☒ Other (FEROE) SGT FEROE
(EXPLAIN) HEARINGS SGT.

I/D Name (Please Print) DARIUS C HILL ⊥⊥   I/D Signature _____

Module #7H   Cell 13   JCID 0111 2401   Booking# _____   Date/Time 11/3/2017

REASON: As explained by multiple deputies including SGT Abeyta, Bezus,
and deputy crickets AFter Ten days. If you/a person is not Brought
to disciplinary Board Screwincident then that person is deemed Not Guilty.
It HAs been Well past 10 Days since incident and NO Hearing. Please reflect on
record I AM Not Guilty. and replace me to state of Being Prior to write up incident ASAP

Received by (Module Staff) _____   Date/Time _____

Respectfully submitted D. Hill ➔ P.S I'm Truly Not Guilty AS IS anyway!

DISPOSITION   By Staff Member Me 11/16   Date/Time _____

THE report was left as a reclassification Issue you will have
to speak w/ counselor collins about your Housing Per FEROE.
☒ Copied verbatim by I/D 11/16

Acknowledged Inmate/Detainee

Claim #7

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**  ☐ Inmate Services  ☒ Watch Supervisor  ☐ Jail Counselor

☐ Chaplain  ☐ Public Defender  ☐ Other_____
(EXPLAIN)

I/D Name (Please Print) DARICIS HILL          I/D Signature ~~signature~~

Module 7A   Cell 12   JCID 01112410   Booking# _____   Date/Time 11/16/2410

REASON:  I was moved down to 7A from 5B for False Allegations and
a bc os write up Deputy Ferre Explained that i'm not Guilty of all charges
and left the not Guilty in my File so that I can be restored to minumum the
place I was before false write up accured. SGT Longshore knows I Am suppresed
to be restored to place I was before writeups occured and sent down curr loof in me

Received by (Module Staff) ~~Morgan~~          / 7 / 7   Date/Time 11/16/17 / 15 35

on purpose. ILlegal according to due Process and Liberty Intrest rights. I NEED Grievance

DISPOSITION   By Staff Member Racism is wrong and so is disc...  Date/Time
AS OF YET ACCORDING TO DISC BOARD HEARING DEPUTY YOUR REVIEW HASN'T
BEEN DONE. ONCE REQUEST YOU ALLEDGE HAVE NOT BEEN PLACED ON
COMPUTER. IF IT'S NOT WRITTEN DOWN THEN I DIDN'T HAPPEN.
                                                        NO GRIEVANCE.
Acknowledged Inmate/Detainee ~~signature~~   DHRESSIVED

SGT. TABORSKY  11.16.17/2110   07/12 JCSO/D514

Claim #1

### JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
### INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ☐ Inmate Services   ☒ Watch Supervisor   ☐ Jail Counselor _____

☐ Chaplain   ☐ Public Defender   ☐ Other _____
(EXPLAIN)

I/D Name (Please Print) **DARIUS C HILL JR**   I/D Signature **A112401**

Module **7A**   Cell **48**   JCID _____   Booking# _____   Date/Time **10/29/2017**

REASON: I HAVE BEEN ASSAULTED BY DEPUTY Jensen IN Module
5B ON 10/29/2017 AT 7PM APPROXIMATELY FOR NO APPARENT
REASON AND MOVED TO Module 7A FALSE Allegations About
Minor IN Factions IS NO Enough to Justify this Assault I AM
Federal H. Please I will Notify Federal Civil per civil Judge

Received by (Module Staff) ___JR___   Date/Time __10-30-17__

DISPOSITION   By Staff Member _____   Date/Time _____

_____

_____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**  ☐ Inmate Services   ☑ Watch Supervisor   ☐ Jail Counselor _____

☐ Chaplain   ☐ Public Defender   ☐ Other _____

(EXPLAIN)

I/D Name (Please Print) _DARIN HILL_   I/D Signature _____

Module _21_   Cell _21_   JCID _01/11/01_   Booking# _____   Date/Time _01/27/3218_

REASON: _I ___ Would like The Fresh Names ANd/or the employee numbers of officers Ullrich? Senjeb SecCCENT Senkala and office Luksche If This is Not ___ side to obtain and not Granak flex Please illuminate that F, T in the Resrince Respectfully Darin hill_

Received by (Module Staff) _NR 2479_   Date/Time _01-28-18_

DISPOSITION   By Staff Member _NR 2479_   Date/Time _01-28-18_

_This information will not be provided to you. If you would like to write a grievance, Please write a kite to the Watch Supervisor requesting a grievance, and explain why you want a grievance._

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

*Claim #3*

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

❏ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ❏ Inmate Services   ❏ Watch Supervisor   ❏ Jail Counselor _____
❏ Chaplain   ❏ Public Defender   ❏ Other _medical staff_
(EXPLAIN)

I/D Name (Please Print) _MARTIN HILL_     I/D Signature _____

Module _5C_   Cell _39_   JCID _CU1240 1_   Booking# _____   Date/Time _12/01/2017_

REASON: _On 11/29/2017 + waited in line to get meds except_
_instead of actually in line to exited until line got_
_smaller before I approached at which point I was told that_
_because I didn't act in time line all I acted all want like I was_
_denied??? (please info in understand the denial act is this Grievable?)_

Received by (Module Staff) _____   Date/Time _____

---

DISPOSITION   By Staff Member _CMD 2245_     Date/Time _120217 - 1833_

_Pg 22 of Handbook - When medication rounds are announced, you must line up_
_at the med cart, failing to do so can be considered as refusal by you. Waiting_
_for the line to get smaller is failing to line up when meds are called, it can be_
_deemed a refusal by the nurse. Not Greivable._

Acknowledged Inmate/Detainee _____

CLAIM # 3

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ☐ Inmate Services   ☒ Watch Supervisor   ☐ Jail Counselor

☐ Chaplain   ☐ Public Defender   ☐ Other _____

(EXPLAIN)

I/D Name (Please Print) **DaRIUS HILL**          I/D Signature _____

Module **1A**  Cell **43**  JCID **0111240 1**  Booking# _____  Date/Time **11/09.2017**

REASON: Since THE Day I* Have ARRIved I Had Wisdom tooth pain Due to Rotten Absese It's Now 9th THE NuRse And a doktor Have been NegleNT To the Point WHere I Now throwing up from the PAIN All office oN this DAY/ ShifT are tHere and aware. ITK WHY youare Touturis me

Received by (Module Staff) _____ CN2105 _____          Date/Time 11/9/17

All I Need is sometHing For PaiN Rebecca the Nurse clearly expresses a

DISPOSITION  By Staff Member _____          Date/Time _____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

*Claim #3*

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
### INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:** ☐ Inmate Services  ☒ Watch Supervisor  ☐ Jail Counselor _____

☐ Chaplain  ☐ Public Defender  ☐ Other _____ (EXPLAIN)

I/D Name (Please Print) **DARIUS C HILL** (SR)  I/D Signature _____

Module **1A**  Cell **45**  JCID **01112401**  Booking# _____  Date/Time **11/10/2017**

REASON: _I was already Gettin Napoxen For shoulder Pain I have declared √3 medical Emergencies For Extreme tooth Pain to the point of nausea all roll did was give me 2 tylenol twice a day I contiue to declare medical Emergencies and You have increased Pain meds not even one tylenol WHY do_

Received by (Module Staff) _____ K.O 1663 _____  Date/Time _1663_

_YOU contiue to TORTURE ME ??!!!_

DISPOSITION   By Staff Member _____  Date/Time _____

_____

_____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

*claim # 3*

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ☐ Inmate Services   ☒ Watch Supervisor   ☐ Jail Counselor _____

☐ Chaplain   ☐ Public Defender   ☐ Other _____

I/D Name (Please Print) **DARIUS HILL**   I/D Signature _____ (EXPLAIN)

Module **7A** Cell **413** JCID **0112401** Booking# _____ Date/Time **11/08/2017**

REASON: Ive told staff AND ALL Nurses THAT I have Absess Tooth PAIN is 10 out of Ten the Meno Perscribed is not working its been 14 days APP for this tortured I need A Crecvaice

Received by (Module Staff) _____   Date/Time **11/09/17  0957**

DISPOSITION   By Staff Member _____   Date/Time _____

_____

_____

Acknowledged Inmate/Detainee _____

Claim #3

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:** ☐ Inmate Services   ☐ Watch Supervisor   ☐ Jail Counselor _____

☐ Chaplain   ☐ Public Defender   ☐ Other _Medical, med_
(EXPLAIN)

I/D Name (Please Print) _DARIUS HILL_   I/D Signature _[signature]_

Module _5C_  Cell _39_  JCID _CII/24CI_  Booking# _____  Date/Time _12/02/2017_

REASON: _ON 11/29/2017 I waited in line to get meds except_
_instead of waiting in long line I waited until line got_
_smaller before I Approached at which point I was told that_
_because I didn't get in long line and I waited till short line I was_
_denied??? Please help me understand this denial and is this Greivable???_

Received by (Module Staff) _____   Date/Time _____

---

DISPOSITION   By Staff Member _CMD 2245_   Date/Time _120217 - 1833_

_Pg 22 of Handbook - When medication rounds are announced, you must line up_
_at the med cart. failing to do so can be considered a refusal by you. Waiting_
_for the "line to get smaller is failing to line up when meds are called. it can be_
_deemed a refusal by the nurse. Not Greivable._

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

5C-39 HILL, DARIUS CLAIM #2

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ☐ Inmate Services   ☒ Watch Supervisor   ☐ Jail Counselor _____

☐ Chaplain   ☐ Public Defender   ☐ Other _____

(EXPLAIN)

I/D Name (Please Print) DARIUS HILL   I/D Signature _____

Module 5C   Cell 39   JCID _____   Booking# _____   Date/Time 11/27/2017

REASON: _____
_____
_____
_____

Received by (Module Staff) WEST, C 2441   Date/Time 11/27/2017

DISPOSITION   By Staff Member SGT JUNKALA   Date/Time 11/28/17

MR Hill, WE HAVE 1,300 INMATES SENDING & RECEIVING MAIL. I HAVE
HAD NO OTHER KITES ABOUT MAIL — EXCEPT MAIL THAT EITHER HAD CONTRABAND
OR OTHER WISE iTEMS prohibited. PleAse see pAge 15+16
INMATE HANDBOOK.

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

*Claim #4*

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

❏ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**  ❏ Inmate Services  ☒ Watch Supervisor  ❏ Jail Counselor

❏ Chaplain  ❏ Public Defender  ❏ Other _____
(EXPLAIN)

I/D Name (Please Print) DARIUS Hill          I/D Signature _____

Module SC  Cell 39  JCID 0112601  Booking# _____  Date/Time 11/27/2017

REASON: My family is complaining about no mail being received by them from me and I Also Am quite Positive I haven't received all of my legal mail. IF this is relevable I would like grevance.

Received by (Module Staff) West, C 2441          Date/Time 11/27/2017

DISPOSITION   By Staff Member _____  Date/Time _____

_____

_____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

Claim #4

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:** ☐ Inmate Services ☒ Watch Supervisor ☐ Jail Counselor _____

☐ Chaplain ☐ Public Defender ☐ Other _____

(EXPLAIN)

I/D Name (Please Print) Darius C Hill     I/D Signature _____

Module 7H   Cell 4/5   JCID 01112401   Booking# _____   Date/Time 11/05/2017

REASON: Mail slid under a door in middle of night is Exposing return address of my family/familes residence to my celly/cell mate if he wakes up First security if I am asleep and he steals my mail I would Know violation of privacy so many rules Broken by JCSO this is causing me to request Transfer to FDL ASAP PLEASE

Received by (Module Staff) _____ 2478     Date/Time 11/5/17 8:27

DISPOSITION   By Staff Member Sgt T. Betha     Date/Time 11/8/17

WE CURRENTLY DO NOT HAVE A RULE REGARDING RETURN ADDRESS RIGHT TO PRIVACY. NO RULE, POLICY OR PROCEDURE IS BEING BROKEN BY DELIVERING MAIL IN THIS MANNER. REQUEST P.C. HOUSING IF YOU FEAR YOUR

Acknowledged Inmate/Detainee _____

RECEIVING MAIL PLACES YOU OR YOUR FAMILY IN DANGER.

07/12 JCSO/D514

_Claimtly_

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ☐ Inmate Services   ☒ Watch Supervisor   ☐ Jail Counselor _____

☐ Chaplain   ☐ Public Defender   ☐ Other _____
(EXPLAIN)

I/D Name (Please Print) _Darius C Hill_   I/D Signature _____

Module _7A_   Cell _4/5_   JCID _01126101_   Booking# _____   Date/Time _11/05/2017_

REASON: _Mail is slid under a door in middle of night is Exposing return addresses of my family/families response to my cell/cell mate if he wakes up first security if I am asleep and he steals my mail I wouldl know. Violation of privacy so many rules Broke by JCSO this is causing me to request transfer to FDC ASAP PLEASE!_

Received by (Module Staff) _____   Date/Time _11/5/17 8:27_

DISPOSITION   By Staff Member _____   Date/Time _____

_____

_____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

Claim #2

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☐ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ☐ Inmate Services   ☐ Watch Supervisor   ☐ Jail Counselor _____
☐ Chaplain   ☐ Public Defender   ☑ Other C̲U̲L̲L̲I̲N̲S̲
(EXPLAIN)

I/D Name (Please Print) D̲A̲R̲I̲U̲S̲ C̲ H̲I̲L̲L̲   I/D Signature _____

Module 7A   Cell 7B   JCID 0112401   Booking# _____   Date/Time _____

REASON: ∂N 10/29/2012 I was moved from 5A to 7A for a myriad of False allegation upon review by deputy Secoc she realizes and explain that in essence I cant be the only suspect in a Plethra of two part or 2 person cell violation so to speak. There fcer there was no disciplenery hearit and I ait found not guilt: of viol. So YET I'm still in 7A being Punished for no other reson that being Checkin my opption to use I'm Asking that I be refered for the

Received by (Module Staff) GN1525 ___   Date/Time 11/1/11

Same state of being I was in before, I was falsly accused and descriminated against Respectfully DHill — other wise Interfer penished for No REASON.

DISPOSITION   By Staff Member _____   Date/Time _____

_____

_____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

Claim#2

# JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

❑ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**   ❑ Inmate Services   ☒ Watch Supervisor   ❑ Jail Counselor _____

❑ Chaplain   ❑ Public Defender   ☒ Other _Collins_

(EXPLAIN)

I/D Name (Please Print) _DARICE HICC_    I/D Signature _____

Module _7A_   Cell _22_   JCID _011201_   Booking# _____   Date/Time _1/23/2018_

REASON: _I have been moved to Medium from Minimum for what is_
_deemed an argument by ulrich (Deput) I'm the only one moved_
_no rule violations or writeups. I find this to be because I'm a_
_Black Muslim. I'm being racially discriminated against. I'm filing_
_(R2 as we speak_

Received by (Module Staff) _JM 1406_    Date/Time _1/23/18   0645_

DISPOSITION   By Staff Member _____    Date/Time _____

_____

_____

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

*Claim #2*

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
## INMATE/DETAINEE REQUEST FORM

☒ File

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**  ☐ Inmate Services   ☒ Watch Supervisor   ☐ Jail Counselor _____

☐ Chaplain   ☐ Public Defender   ☒ Other ~~Cottus~~ _____
(EXPLAIN)

I/D Name (Please Print) _PARICK HILL_____   I/D Signature _____

Module _7A_   Cell _22_   JCID _01112401_   Booking# _____   Date/Time _01/23/2018_

REASON: I have been moved to Medium from minimum for what is
classified as argument by ulrich (Deputy) I'm the only one moved
no rule violations or writeups. I Find this to be because I'm a
Black Muslim I'm being racially discriminated against. I'm filing
1983 as well.

Received by (Module Staff) _RM1406_   Date/Time _1/23/18  0645_

DISPOSITION   By Staff Member _RM1406_   Date/Time _1/23/18  0910_

PER SGT. FULENWIDER, YOU WERE REMOVED FROM DSU, FOR THE
ARGUMENT AND FOR NEGATIVE ENTRIES FOR POOR BEHAVIOR IN DSU.
THIS WAS TAKEN FROM DEPUTY ULLRICH'S REPORT. GRIEVANCE DENIED.

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514

## JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
### INMATE/DETAINEE REQUEST FORM

Indicate below whom you wish to contact, and briefly state the reason:

**CHECK ONE BOX ONLY:**

☐ Chaplain   ☑ Inmate Services   ☐ Watch Supervisor   ☐ Jail Counselor

☐ Public Defender   ☐ Other _____

I/D Name (Please Print) _____ Asco _____ Pille _____

Module 7A   Cell 42   JCID ____ Ed11326l   Booking# _____

REASON: I need to obtain All the copies to file that
I have signed which I have been told are in file
by Kite + form Inmate/Detainee Request Forms

_____ (EXPLAIN)

I/D Signature ____ Kim Eige ____   Date/Time 11/5/2017

Received by (Module Staff) ____ [signature] ____   Date/Time 11/5/17   4:41

DISPOSITION   By Staff Member ____ Form 2229. ____

We do not provide copies. You may file a grievance
legal discovery paperwork if required.

Acknowledged Inmate/Detainee _____   Date/Time 11.5.17 21:47.

will have a copy of your Kite : response.

07/12 JCSO/D514

CLAIM #7

JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION SERVICES DIVISION
INMATE/DETAINEE REQUEST FORM

Indicate below whom you wish to contact, and briefly state the reason:

CHECK ONE BOX ONLY:
☐ Chaplain          ☐ Inmate Services      ☐ Jail Counselor
☐ Public Defender   ☒ Watch Supervisor
                    ☐ Other _____
                            (EXPLAIN)

I/D Name (Please Print) DARIUS C HILL JR   ☐ File

Module 7A   Cell 4B   JCID P-1112401   Booking# 11112401   I/D Signature _____   Date/Time 10/26/2017

REASON: I HAVE BEEN ASSAULTED BY DEPUTY Jensen IN Module
5B ON 10/26/2017 at 7pm APPROXIMATELY For NO APPAREN
REASON AND Moved to Mowle 7A FALSE Allegation ABOUT
NURSE IN Factory's IS NO ground to Justify this ASSAult. 7 AM
Federal HOlD over. I Will notify federal LAbOr ENE JudgE
                                                         JZA 2449         10-30-17

Received by (Module Staff) _____   Date/Time _____

DISPOSITION  By Staff Member  DHW #1906  Date/Time 11/04/17
BASED UPON YOUR INABILITY TO FOLLOW INSTRUCTIONS AND YOUR ACTIONS
ANY INMATE WAS THE DIRECT RESULT OF YOU, DEPUTY JENSEN Simply
OPENED THE DOOR THAT YOU maKED ENFRONT OF

Acknowledged Inmate/Detainee _____

07/12 JCSO/D514