**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-0290-WJM-NYW

DARIUS CARLTON HILL,

    Plaintiff,

v.

DEPUTY JENSEN,
DEPUTY LUKSCH, and
DEPUTY ULLRICH,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting March 1, 2019 Recommendation of United States Magistrate Judge [ECF 52] entered by United States District Judge William J. Martínez on March 26, 2019, which adopted the Magistrate Judge's Recommendation [ECF 51] in its entirety and denied Defendants' Motion to Dismiss Amended Complaint [ECF 43], it is

ORDERED that this matter is dismissed without prejudice for failure to obey court orders and failure to prosecute. It is further

ORDERED that final judgment is hereby entered in favor of Defendants Deputy Jensen, Deputy Luksch and Deputy Ullrich and against Plaintiff Darius Carlton Hill. It is further

ORDERED that each party shall bear their own costs.

This case will be closed.

DATED at Denver, Colorado, this 26th day of March, 2019.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:     s/A. Frank
        A.  Frank
        Deputy Clerk